NORMAN EDINGER, an Infant, by PETER EDINGER, His Guardian at Litem, Respondent, *v.* CITY OF BUFFALO, Appellant.

*Edinger* v. *City of Buffalo*, 155 App. Div. 944, affirmed.
(Submitted December 2, 1914; decided December 18, 1914.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 24, 1913, which affirmed a judgment of Special Term affirming a judgment of the City Court of Buffalo in favor of the plaintiff in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*William S. Rann, Corporation Counsel (Frank C. Westphal* of counsel), for appellant.

*William D. Van Pelt* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ.